IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| RYAN ALEXANDER MAYS, | * |
| Plaintiff, | * |
| v. | Case No. 1:23-CV-84(LAG) |
| | * |
| WARDEN WILLIAM STEEDLEY, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated December 6, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 6th day of December, 2023.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk